IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES, *ex rel.*,       )
WILLIAM HENNESSEY, MD,          )
                                )
    Plaintiff/Relator            )
                                )
        v.                     )    Civil No. 3:23-186
                                )
UPMC ALTOONA and UPMC,          )
                                )
    Defendants.                  )

## ORDER

AND NOW, this 31st day of March, 2026, for the reasons stated in the Opinion

accompanying this Order, it is hereby ORDERED that the Motion to Dismiss Amended

Complaint, ECF No. 54, filed by Defendants UPMC Altoona and UPMC is GRANTED.

Relator's Amended Complaint is dismissed. The Clerk of Court shall mark this case closed.

_____
Marilyn J. Horan
United States District Court Judge